Jonathan W. Mundo #114042
E.S.P
P.O. Box 1989
Ely, NV. 89301

FILED ✓    RECEIVED
ENTERED    SERVED
COUNSEL/PARTIES OF RECORD
No copy
FEB 14 2018
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

U.S. DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Jonathan W. Mundo, Plaintiff, vs. James Dzurenda, et. al., Defendants | Case: 3:17-CV-00680-RCJ-VPC  Plaintiff's Voluntary Motion to Dismiss Without Prejudice |

I, Jonathan W. Mundo, hereby respectfully requests the Court to dismiss this case without prejudice, for these reasons:

1) I am unable to litigate this case as I am very ill.

Respectfully,

02-08-18

*(signature)*

---

### ORDER

IT IS HEREBY ORDERED that Plaintiff's Voluntary Motion to Dismiss Without Prejudice (ECF No. 7) is GRANTED.

IT IS FURTHER ORDERED that this case is DISMISSED WITHOUT PREJUDICE. The Clerk of the Court shall close this case.

IT IS SO ORDERED this 14th day of February, 2018.

_____
ROBERT C. JONES